B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Maison Grande Condominium Association, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-1377619** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6039 Collins Ave**<br>**Miami Beach, FL**<br>ZIP Code **33140** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(1/08) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Maison Grande Condominium Association, Inc. | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Maison Grande Condominium Association, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Thomas M. Messana**
Signature of Attorney for Debtor(s)

**Thomas M. Messana 991422**
Printed Name of Attorney for Debtor(s)

**Messana & Stern, P.A.**
Firm Name

**401 East Las Olas Blvd.**
**Suite 1400**
**Fort Lauderdale, FL 33301**
Address

Email: tmessana@mws-law.com
**954-712-7400  Fax: 954-712-7401**
Telephone Number

**June 10, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Tania Martin**
Signature of Authorized Individual

**Tania Martin**
Printed Name of Authorized Individual

**Treasurer**
Title of Authorized Individual

**June 10, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Maison Grande Condominium Association, Inc.**                Case No.
                                    Debtor(s)                         Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Amberibest Exterminating, Co.**<br>1820 S 30 Ave<br>FL 33099 | **Amberibest Exterminating, Co.**<br>1820 S 30 Ave<br>FL 33099 | **extermination services** | | **Unknown** |
| **American Plumbing, Inc.**<br>1735 Alton Rd<br>Miami Beach, FL 33139 | **American Plumbing, Inc.**<br>1735 Alton Rd<br>Miami Beach, FL 33139 | **plumbing service** | | 200.00 |
| **AT&T**<br>POB 105262<br>Atlanta, GA 30348 | **AT&T**<br>POB 105262<br>Atlanta, GA 30348 | **utility services** | | **Unknown** |
| **Atkinson, Diner, et al., P.A.**<br>1 Financial Plaza # 1400<br>Fort Lauderdale, FL 33394 | **Atkinson, Diner, et al., P.A.**<br>1 Financial Plaza # 1400<br>Fort Lauderdale, FL 33394 | **legal services** | | 10,100.00 |
| **Atlantic Broadband**<br>1681 Kennedy Causeway<br>Miami Beach, FL 33141 | **Atlantic Broadband**<br>1681 Kennedy Causeway<br>Miami Beach, FL 33141 | **utility services** | | **Unknown** |
| **Brough, Chadrow & Levine, P.A.**<br>1900 N Commerce Pkwy<br>Fort Lauderdale, FL 33326 | **Brough, Chadrow & Levine, P.A.**<br>1900 N Commerce Pkwy<br>Fort Lauderdale, FL 33326 | **collection counsel** | | 5,234.18 |
| **City of Miami Beach**<br>1700 Convention Center Dr<br>4th Floor<br>Miami Beach, FL 33139 | **City of Miami Beach**<br>1700 Convention Center Drive<br>4th Floor<br>Miami Beach, FL 33139 | **code violations** | | 106,000.00 |
| **Dorten, Inc. and Robert L. Seigel**<br>c/o Norman Segall, Esq.<br>701 Brickell Ave # 1900<br>Miami, FL 33131 | **Dorten, Inc. and Robert L. Seigel**<br>c/o Norman Segall, Esq.<br>701 Brickell Ave # 1900<br>Miami, FL 33131 | **disputed breach of recreation lease** | **Contingent<br>Unliquidated<br>Disputed** | 583,451.70 |
| **DYB, Inc.**<br>8000 NW 33 St # 11<br>Miami, FL 33122 | **DYB, Inc.**<br>8000 NW 33 St # 11<br>Miami, FL 33122 | **security camera** | | 1,317.00 |
| **Florida Power & Light Company**<br>POB 025576<br>Miami, FL 33102 | **Florida Power & Light Company**<br>POB 025576<br>Miami, FL 33102 | **electric bill** | | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re **Maison Grande Condominium Association, Inc.**      Case No.
         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Hialeah Italian Tile Construction Co.** 209 W 21 St Hialeah, FL 33010 | **Hialeah Italian Tile Construction Co.** 209 W 21 St Hialeah, FL 33010 | construction services | | Unknown |
| **Infinite Energy** POB 791263 Baltimore, MD 21279 | **Infinite Energy** POB 791263 Baltimore, MD 21279 | utility services | | Unknown |
| **Joseph Held Insurance Company** 9155 South Dadeland Blvd # 1402 Miami, FL 33156 | **Joseph Held Insurance Company** 9155 South Dadeland Blvd # 1402 Miami, FL 33156 | insurance | | Unknown |
| **JW Plumbing** 5829-31 Rodman St Hollywood, FL 33023 | **JW Plumbing** 5829-31 Rodman St Hollywood, FL 33023 | boiler repair | | 933.00 |
| **Mercantile Commerce Bank** 220 Alahambra Cir Miami, FL 33134 | **Mercantile Commerce Bank** 220 Alahambra Cir Miami, FL 33134 | unsecured credit line | | 90,000.00 |
| **Ortega Gomez** c/o Lawrence M. Shoot, Esq. 4830 SW 92 Ave Miami, FL 33165 | **Ortega Gomez** c/o Lawrence M. Shoot, Esq. 4830 SW 92 Ave Miami, FL 33165 | legal settlement | | 2,136.00 |
| **Premium Assignment Corp.** POB 3066 Tallahassee, FL 32315 | **Premium Assignment Corp.** POB 3066 Tallahassee, FL 32315 | insurance coverage | | 10,113.36 |
| **Right Guard Protective Service Corp.** 484 W 29 St Hialeah, FL 33012 | **Right Guard Protective Service Corp.** 484 W 29 St Hialeah, FL 33012 | construction services | | 16,743.32 |
| **Roth Jonas Middleburg, P.A.** 8370 W Flagler St # 125 Miami, FL 33144 | **Roth Jonas Middleburg, P.A.** 8370 W Flagler St # 125 Miami, FL 33144 | accounting services | | 1,325.00 |
| **United Pool Repair** 2195 N Powerline Rd # 2 Pompano Beach, FL 33069 | **United Pool Repair** 2195 N Powerline Rd # 2 Pompano Beach, FL 33069 | pool repair | | 1,635.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Maison Grande Condominium Association, Inc.**     Case No.   _____
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 10, 2009**          Signature  **/s/ Tania Martin**
                                                                       **Tania Martin**
                                                                      **Treasurer**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Amberibest Exterminating, Co.
1820 S 30 Ave
FL 33099


American Plumbing, Inc.
1735 Alton Rd
Miami Beach, FL 33139


AT&T
POB 105262
Atlanta, GA 30348


Atkinson, Diner, et al., P.A.
1 Financial Plaza # 1400
Fort Lauderdale, FL 33394


Atlantic Broadband
1681 Kennedy Causeway
Miami Beach, FL 33141


Atlantic Broadband
POB 371801
Pittsburgh, PA 15250


Brough, Chadrow & Levine, P.A.
1900 N Commerce Pkwy
Fort Lauderdale, FL 33326


City of Miami Beach
1700 Convention Center Dr
4th Floor
Miami Beach, FL 33139


Dorten, Inc. and Robert L. Seigel
c/o Norman Segall, Esq.
701 Brickell Ave # 1900
Miami, FL 33131


DYB, Inc.
8000 NW 33 St # 11
Miami, FL 33122


Florida Power & Light Company
POB 025576
Miami, FL 33102

Florida Power & Light Company  
General Mail Facility  
Miami, FL 33138

Hialeah Italian Tile Construction Co.  
209 W 21 St  
Hialeah, FL 33010

Infinite Energy  
POB 791263  
Baltimore, MD 21279

Joseph Held Insurance Company  
9155 South Dadeland Blvd # 1402  
Miami, FL 33156

JW Plumbing  
5829-31 Rodman St  
Hollywood, FL 33023

KW Property Management & Consulting  
396 Alhambra Cir # 230  
Miami, FL 33134

Mercantile Commerce Bank  
220 Alahambra Cir  
Miami, FL 33134

Miami Beach Water & Sewer  
POB 116649  
Atlanta, GA 30368

Ortega Gomez  
c/o Lawrence M. Shoot, Esq.  
4830 SW 92 Ave  
Miami, FL 33165

Peoples Gas  
POB 31017  
Tampa, FL 33601

Premium Assignment Corp.  
POB 3066  
Tallahassee, FL 32315

```
Quest Engineering Services & Testing
2737 NW 19 St
Pompano Beach, FL 33069


Right Guard Protective Service Corp.
484 W 29 St
Hialeah, FL 33012


Roth Jonas Middleburg, P.A.
8370 W Flagler St # 125
Miami, FL 33144


Siegfried, Rivera et al., P.A.
201 Alhambra Circle # 1102
Miami, FL 33134


United Pool Repair
2195 N Powerline Rd # 2
Pompano Beach, FL 33069
```